IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON V. RODRIGUEZ, et al., | No. C-09-0306 MMC |
| Plaintiffs, | **ORDER DISMISSING ACTION** |
| v. | |
| AMERICA'S SERVICING COMPANY, | |
| Defendant / | |

On February 26, 2009, the Court ordered plaintiffs to show cause, in writing and no later than March 20, 2009, why the above-titled action should not be dismissed for lack of subject matter jurisdiction. To date, plaintiffs have failed to respond to the order to show cause.

Accordingly, the Court, for the reasons stated in its order of February 26, 2009, hereby DISMISSES the instant action for lack of subject matter jurisdiction and without prejudice to plaintiffs' filing their claims in state court.

**IT IS SO ORDERED.**

Dated: March 24, 2009

MAXINE M. CHESNEY
United States District Judge