IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELSON V. RODRIGUEZ, et al.,

        Plaintiffs,

  v.

AMERICA'S SERVICING COMPANY,

        Defendant.
                                   /

No. CV-09-0306 MMC

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the Court, for reasons stated in its order of February 26, 2009, hereby DISMISSES the instant action for lack of subject matter jurisdiction and without prejudice to plaintiffs' filing their claims in state court.

Dated: March 25, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk